

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00081-CV

JULIE ANN ANDERSON, Appellant

V.

ANTHONY DOUGLAS DAINARD, Appellee

Appeal from the 308th District Court of Harris County. (Tr. Ct. No. 2012-29667).

**TO THE 308TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 6th day of October 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on September 29, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court orders that the appellant, Julie Ann Anderson, pay all appellate costs.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered October 6, 2015.

Panel consists of Chief Justice Radack and Justices Bland and Huddle. Opinion delivered by Justice Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

December 21, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

